# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MARSHA HUNT

VERSUS

SOUTHEAST LOUISIANA HOME
HEALTH, INC. AND LUBA
CASUALTY INSURANCE COMPANY

NO.  2021 CW 0263

**APRIL 26, 2021**

---

In Re:    Southeast Louisiana Home Health, Inc. and LUBA
          Casualty Insurance Company, applying for supervisory
          writs, Office of Workers' Compensation, District 6,
          No. 20-04869.

---

**BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.**

   **WRIT NOT CONSIDERED.** Relators failed to provide a copy of
the pertinent court minutes in violation of Uniform Rules of
Louisiana Courts of Appeal, Rule 4-5(C)(10).  The court further
directs relators to provide a copy of the transcript of the
hearing on December 17, 2020, so this court may determine what
evidence, if any, was admitted at the hearing, if any new
application is filed.

   Supplementation of this writ application and/ or an
application for rehearing will not be considered. Uniform Rules
of Louisiana Courts of Appeal, Rules 2- 18.7 & 4-9.

   In the event relators seek to file a new application with
this court, it must contain all pertinent documentation,
including the missing items noted above, and must comply with
Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any
new application must be filed on or before **May 26, 2021** and must
contain a copy of this ruling.

                         **JMG**
                         **PMc**
                         **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT